UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____               │
│ DATE FILED MAR 1 0 2020              │
└─────────────────────────────────────┘
```

Walter Tenesaca,

             Plaintiff,

    –v–

Gemelli Restaurant Group Inc., *et al.*,

             Defendants.

19-cv-10976 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Plaintiff filed his Complaint on November 27, 2019. Dkt. No. 1. Pursuant to Rule 4(m), Plaintiff was required to serve all Defendants on or before February 25, 2020. As of this date, the Court is not in receipt of proof of service as to Defendants Giovani Ferraioli and Mario Benforte. Accordingly, by March 13, 2020, Plaintiff shall file proof of service on these Defendants, a status update regarding service, or a notice of voluntary dismissal for these Defendants pursuant to Federal Rule of Civil Procedure 41(a).

Additionally, Plaintiff must serve this order on all Defendants and file affidavits of service on ECF by March 13, 2020.

    SO ORDERED.

Dated: March ___, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

1