USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2020

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

April 3, 2020

**Via ECF**

Hon. Alison J. Nathan, USDJ
United States District Court, SDNY
40 Foley Square, Courtroom: 906
New York, NY 10007
Tel: 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

<u>Re: Tenesaca v. Gemelli Restaurant Group Inc. et al</u>
Case No. 19-CV-10976 (AJN)(SLC)
Motion for Extension of Time

Dear Judge Nathan:

    My firm represents plaintiff in the above-referenced action and I respectfully write to request a 30-day extension of the April 3, 2020 deadline to respond to the Court's orders and related deadlines. This request is being made because some additional time is needed to confer with Plaintiff in light of the disruptions created by the COVID-19 Virus situation in New York State and the Country.

    We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

---

The above request for an extension is hereby GRANTED. The initial pre-trial conference currently scheduled for April 24, 2020 is hereby adjourned *sine die*.
SO ORDERED.

SO ORDERED.  4/6/20

*[signature]*

Alison J. Nathan, U.S.D.J.

1