```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4; 14243
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Walter Tenesaca,

          Plaintiff,

–v–

Gemelli Restaurant Group Inc., *et al.*,

          Defendants.

19-cv-10976 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Plaintiff shall file a status report on the status of the bankruptcy proceedings in this case by August 13, 2021.

SO ORDERED.

Dated: July 29, 2021
      New York, New York

                                   ALISON J. NATHAN
                                United States District Judge